**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43936-JBS |
| | § | |
| MARY PERRICONE | § | |
| JEFFREY PERRICONE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/16/2010, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/29/2010             By:  /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43936-JBS |
| | § | |
| MARY PERRICONE | § | |
| JEFFREY PERRICONE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $3,440.43
*and approved disbursements of*     $405.26
*leaving a balance on hand of[1]:*     $3,035.17

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,035.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $758.79 | $0.00 | $758.79 |
| David P. Leibowitz, Trustee Expenses | $68.34 | $0.00 | $68.34 |

Total to be paid for chapter 7 administrative expenses:     $827.13
Remaining balance:     $2,208.04

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  |  | Remaining balance: | $2,208.04 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $2,208.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,215.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $755.17 | $0.00 | $46.04 |
| 2 | Discover Bank | $9,994.95 | $0.00 | $609.38 |
| 3 | Commonwealth Edison Company | $223.22 | $0.00 | $13.61 |
| 4 | American Express Centurion Bank | $4,888.08 | $0.00 | $298.02 |
| 5 | Chase Bank USA, N.A. | $2,031.64 | $0.00 | $123.87 |
| 6 | Chase Bank USA, N.A. | $1,574.78 | $0.00 | $96.01 |
| 7 | Chase Bank USA, N.A. | $1,677.43 | $0.00 | $102.27 |
| 8 | Chase Bank USA, N.A. | $905.53 | $0.00 | $55.21 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank | $6,437.52 | $0.00 | $392.49 |
| 10 | PYOD LLC its successors and assigns as assignee of Citibank | $3,113.59 | $0.00 | $189.83 |
| 11 | CitiFinancial Retail Services | $4,613.91 | $0.00 | $281.31 |

|  | Total to be paid to timely general unsecured claims: | $2,208.04 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (10/1/2010)**

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhatch                Page 1 of 2                  Date Rcvd: Nov 01, 2010
Case: 09-43936                 Form ID: pdf006             Total Noticed: 66

The following entities were noticed by first class mail on Nov 03, 2010.
db           +Mary Perricone,    5918 Prospect Ave.,    Berkeley, IL 60163-1540
jdb          +Jeffrey Perricone,    5918 Prospect Ave.,    Berkeley, IL 60163-1540
aty          +Robert V Schaller,    Schaller Law Firm,    700 Commerce Drive,   Suite 500,
               Oak Brook, IL 60523-8736
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,   Waukegan, IL 60085-4216
14746548     +A Garrett Berley, DDS,    1 S 132 Summit Ave., #201,    Oakbrook Terrace, IL 60181-3993
14964832      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14746550     +Amex,   c/o Nationwide Credit, Inc.,    PO BOX 740640,    Atlanta, GA 30374-0640
14746549     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14746551     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
14746552     +Baytree National Bank,    9 Market Square Ct,    Lake Forest, IL 60045-1897
14746554     +CCB Credit Services, Inc.,    PO BOX 272,    Springfield, IL 62705-0272
14746563     +CIti,   PO BOX 6286,    Sioux Falls, SD 57117-6286
14746553     +Cbna,   Po Box 769006,    San Antonio, TX 78245-9006
14746555     +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
14746556     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
14746557     +Chase,   cardmemeber Service,    PO BOX 15153,    Wilmington, DE 19886-5153
14746558     +Chase - Toys R Us,    Po Box 15298,    Wilmington, DE 19850-5298
14997521      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15021415     +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, TX 75374-0933
14746559      Chase Card Services,    PO BOX 6549409,    San Antonio, TX 78265
14746560     +Chld/Cbsd,    Po Box 5002,    Sioux Falls, SD 57117-5002
14746562     +Citi,   Po Box 6003,    Hagerstown, MD 21747-6003
14746561     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14746564     +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
15059926      CitiFinancial Retail Services,    P.O. Box 140489,    Irving, TX 75014-0489
14746565     +Citifinancial Retail S,    Po Box 22066,    Tempe, AZ 85285-2066
14746566     +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
14746567     +Comcast Cable,    PO BOX 3002,    Southeastern, PA 19398-3002
14746569     +Cook County Collector,    PO BOX  802445,    Chicago, IL 60680-2445
14746570     +Cook County Treasurer,    attn: Legal Department/Bankruptcy,    118 N. Clark,
               Chicago, IL 60602-1590
14746573     +Disney Rewards,    c/o CArdmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
14746574     +Elmhurst Medical Physicians, SC,    Charles Giger MD & Karla Podrazik,,    1200 S. York Rd., #3250,
               Elmhurst, IL 60126-5629
14746575     +Elmhurst Memorial Healthcare,    PO BOX 4052,    Carol Stream, IL 60197-4052
14746576     +Elmhurst Memorial Hospital,    PO BOX 4052,    Carol Stream, IL 60197-4052
14746577     +First American Bank,    700 Busse Rd,    Elk Grove Vlg, IL 60007-2133
14746580     +Gmac Mortgage Llc,    3451 Hammond Ave,    Waterloo, IA 50702-5300
14746585    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court:  Hsbc/Hlzbg,    Po Box 15524,    Wilmington, DE 19850)
14746582     +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
14746583     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14746584     +Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850-5519
14746586     +Ice Mountain Direct,    PO BOX 856680,    Louisville, KY 40285-6680
14746587     +Just Energy,    PO BOX 5598,    Chicago, IL 60680-5598
14746588     +Kelly A. Kirtland, DDS, LTD,    493 Duane St., 2nd Floor,    Glen Ellyn, IL 60137-4501
14746590     +Law Offices of James A. West PC,    6380 Rogerdale Road, #130,    Houston, TX 77072-1647
14746591     +Life Plan,    186 South West Ave.,    Elmhurst, IL 60126-3021
15048631     +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14746594     +Personal Finance Co,    1020 W Jefferson St,    Joliet, IL 60435-7395
14746595     +Profcolsrv,    103 N Chicago Pob 76,    Freeport, IL 61032-0076
14746596     +Professional Collection Service,    PO BOX 76,    Freeport, IL 61032-0076
14746597     +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
14746598     +Suntrust Mortgage/Cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245
14746599     +Toys R Us,    c/o Cardmember Services,    PO BOX 15325,    Wilmington, DE 19886-5325
14746600     +Village of Berkeley,    5819 Electric Ave.,    Berkeley, IL 60163-1599
14746601     +Wachovia Mortgage, Fsb,    Po Box 29544,    Raleigh, NC 27626-0544
14746602     +Wfnnb/Express,    4590 E Broad St,    Columbus, OH 43213-1301

The following entities were noticed by electronic transmission on Nov 02, 2010.
14746568     +E-mail/Text: legalcollections@comed.com                            ComED,   Bankruptcy Department,
               555 Waters Edge,    Lombard, IL 60148-7044
14949460     +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison Company,
               Attn: Bankruptcy Processing Department,    3 Lincoln Centre - 4th Floor,
               Oakbrook Terrace, IL 60181-4204
14746571     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 02 2010 03:24:50     Discover,   PO BOX 6103,
               Carol Stream, IL 60197-6103
14924099      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 02 2010 03:24:50     Discover Bank,
               DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
14746572     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 02 2010 03:24:54     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
14746578     +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2010 03:04:28     Gemb/Jcp,   Po Box 984100,
               El Paso, TX 79998-4100
14746579     +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2010 03:44:31     Gemb/Old Navy,   Po Box 981400,
               El Paso, TX 79998-1400
14746581     +E-mail/Text: Bankruptcy@BBVACompass.com                            Guaranty Group,   Po Box 40,
               Austin, TX 78767-0040
14746589     +E-mail/PDF: cr-bankruptcy@kohls.com Nov 02 2010 03:14:45     Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-1          User: lhatch              Page 2 of 2              Date Rcvd: Nov 01, 2010
Case: 09-43936                Form ID: pdf006           Total Noticed: 66

The following entities were noticed by electronic transmission (continued)
14746592     +E-mail/Text: bankrup@nicor.com                    Nicor,   PO BOX 416,
               Aurora, IL 60507-0416
14746593     +E-mail/Text: bankrup@nicor.com                    Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                                TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2010**                **Signature:** _Joseph Speetjens_