**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43936-JBS |
| | § | |
| MARY PERRICONE | § | |
| JEFFREY PERRICONE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $214,850.00 | Assets Exempt: | $66,530.00 |
| Total Distributions to Claimants: | $2,208.36 | Claims Discharged Without Payment: | $67,357.46 |
| Total Expenses of Administration: | $827.13 | | |

3)       Total gross receipts of $3,440.75  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $405.26 (see **Exhibit 2),** yielded net receipts of $3,035.49 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $236,665.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $827.13 | $827.13 | $827.13 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $69,112.00 | $36,215.82 | $36,215.82 | $2,208.36 |
| **Total Disbursements** | $305,777.00 | $37,042.95 | $37,042.95 | $3,035.49 |

4).  This case was originally filed under chapter 7 on 11/19/2009.  The case was pending for 4 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2011                    By:    /s/ David P. Leibowitz
                                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Intercept | 1224-000 | $3,440.00 |
| Interest Earned | 1270-000 | $0.75 |
| **TOTAL GROSS RECEIPTS** | | $3,440.75 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Mary & Jeffrey Perricone | Exemptions | 8100-002 | $405.26 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $405.26 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici | 4110-000 | $175,103.00 | NA | $0.00 | $0.00 |
| | Baytree National Bank | 4110-000 | $61,562.00 | NA | $0.00 | $0.00 |
| | Cook County Collector | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | Cook County Treasurer | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $236,665.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $758.79 | $758.79 | $758.79 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $68.34 | $68.34 | $68.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $827.13 | $827.13 | $827.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $643.00 | $755.17 | $755.17 | $46.04 |
| 2 | Discover Bank | 7100-000 | $9,994.00 | $9,994.95 | $9,994.95 | $609.47 |
| 3 | Commonwealth Edison Company | 7100-000 | $0.00 | $223.22 | $223.22 | $13.61 |
| 4 | American Express Centurion Bank | 7100-000 | $4,888.00 | $4,888.08 | $4,888.08 | $298.06 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $2,031.00 | $2,031.64 | $2,031.64 | $123.88 |
| 6 | Chase Bank USA, N.A. | 7100-000 | $1,574.00 | $1,574.78 | $1,574.78 | $96.03 |
| 7 | Chase Bank USA, N.A. | 7100-000 | $1,574.00 | $1,677.43 | $1,677.43 | $102.29 |
| 8 | Chase Bank USA, N.A. | 7100-000 | $905.00 | $905.53 | $905.53 | $55.22 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $6,261.00 | $6,437.52 | $6,437.52 | $392.55 |
| 10 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $3,427.00 | $3,113.59 | $3,113.59 | $189.86 |
| 11 | CitiFinancial Retail Services | 7100-000 | $4,465.00 | $4,613.91 | $4,613.91 | $281.35 |
| | A Garrett Berley, DDS | 7100-000 | $140.00 | NA | NA | $0.00 |
| | Amex | 7100-000 | $5,038.00 | NA | NA | $0.00 |
| | Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Certegy | 7100-000 | $49.00 | NA | NA | $0.00 |
| | Chase Card Services | 7100-000 | $160.00 | NA | NA | $0.00 |
| | Chld/Cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi | 7100-000 | $2,883.00 | NA | NA | $0.00 |
| | Citi | 7100-000 | $0.00 | NA | NA | $0.00 |
| | CIti | 7100-000 | $124.00 | NA | NA | $0.00 |
| | Citi | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $2,672.00 | NA | NA | $0.00 |
| | Citimortgage Inc | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Comcast Cable | 7100-000 | $160.00 | NA | NA | $0.00 |
| Discover | 7100-000 | $588.00 | NA | NA | $0.00 |
| Disney Rewards | 7100-000 | $1,863.00 | NA | NA | $0.00 |
| Elmhurst Medical Physicians, SC | 7100-000 | $20.00 | NA | NA | $0.00 |
| Elmhurst Memorial Healthcare | 7100-000 | $1,043.00 | NA | NA | $0.00 |
| Elmhurst Memorial Hospital | 7100-000 | $62.00 | NA | NA | $0.00 |
| First American Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/Jcp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/Jcp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/Old Navy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/Old Navy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gmac Mortgage Llc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Guaranty Group | 7100-000 | $0.00 | NA | NA | $0.00 |
| Harris N A | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $14,995.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/Bsbuy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/Hlzbg | 7100-000 | $0.00 | NA | NA | $0.00 |
| Ice Mountain Direct | 7100-000 | $52.00 | NA | NA | $0.00 |
| Just Energy | 7100-000 | $228.00 | NA | NA | $0.00 |
| Kelly A. Kirtland, DDS, LTD | 7100-000 | $582.00 | NA | NA | $0.00 |
| Kohls/Chase | 7100-000 | $1,618.00 | NA | NA | $0.00 |
| Life Plan | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nicor | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| Personal Finance Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| Profcolsrv | 7100-000 | $145.00 | NA | NA | $0.00 |
| Professional Collection Service | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sears/Cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Suntrust Mortgage/Cc 5 | 7100-000 | $0.00 | NA | NA | $0.00 |
| Toys R Us | 7100-000 | $793.00 | NA | NA | $0.00 |
| Village of | 7100-000 | $135.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Berkeley | | | | | |
| Wachovia Mortgage, Fsb | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/Express | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $69,112.00 | $36,215.82 | $36,215.82 | $2,208.36 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 09-43936-JBS | |
| **Case Name:** | PERRICONE, MARY AND PERRICONE, JEFFREY | |
| **For the Period Ending:** | 3/14/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 11/19/2009 (f) |
| **§341(a) Meeting Date:** | 12/28/2009 |
| **Claims Bar Date:** | 03/31/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Location: 5918 Prospect Ave., Berkeley, (Zillow. | $179,500.00 | $119,500.00 | DA | $0.00 | FA |
| 2 | cash | $150.00 | $0.00 | DA | $0.00 | FA |
| 3 | bank account with Suburban Bank X7687 | $200.00 | $0.00 | DA | $0.00 | FA |
| 4 | bank account with TCF National | $0.00 | $0.00 | DA | $0.00 | FA |
| 5 | miscellaneous household goods and furnishings--e | $3,725.00 | $0.00 | DA | $0.00 | FA |
| 6 | miscellaneous books, pictures, etc. | $50.00 | $0.00 | DA | $0.00 | FA |
| 7 | wearing apparel | $3,550.00 | $0.00 | DA | $0.00 | FA |
| 8 | miscellaneous items | $800.00 | $0.00 | DA | $0.00 | FA |
| 9 | Debtor has no insurance policy with a cash value | $0.00 | $0.00 | DA | $0.00 | FA |
| 10 | IRA/401K | $20,000.00 | $0.00 | DA | $0.00 | FA |
| 11 | 1 share of WWE stock | $100.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2003 Kia Sedona (NADA.com trade-in $3,250; retai | $4,800.00 | $0.00 | DA | $0.00 | FA |
| 13 | 1994 Pontiac Grand Am with 124,000 | $500.00 | $0.00 | DA | $0.00 | FA |
| 14 | miscellaneous assets | $1,475.00 | $0.00 | DA | $0.00 | FA |
| 15 | Tax Intercept                    (u) | $0.00 | $1,320.00 | | $3,440.00 | FA |
| 16 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 17 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 18 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 19 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 20 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 21 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 22 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 23 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 24 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 25 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 26 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 27 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 28 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 29 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned                  (u) | Unknown | Unknown | | $0.75 | FA |

| | | | | |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** |
| | $214,850.00 | $120,820.00 | **$3,440.75** | **$0.00** |

**Major Activities affecting case closing:**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 09-43936-JBS | |
| **Case Name:** | PERRICONE, MARY AND PERRICONE, JEFFREY | |
| **For the Period Ending:** | 3/14/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 11/19/2009 (f) |
| **§341(a) Meeting Date:** | 12/28/2009 |
| **Claims Bar Date:** | 03/31/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

Tax Intercept

revc copy of 09 tax return, refund of $2924

Review claims - object if needed - TFR -7/31/10 deadline

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2011 | |
| **Current Projected Date Of Final Report (TFR):** | 03/31/2011 | |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| Case No. | 09-43936-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PERRICONE, MARY AND PERRICONE, JEFFREY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9132 | Money Market Acct #: | ******9665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 11/19/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | | |
| 06/16/2010 | (15) | Daniel W. Hynes | | 1224-000 | $516.00 | | $516.00 |
| 06/16/2010 | (15) | United States Treasury | | 1224-000 | $2,924.00 | | $3,440.00 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.03 | | $3,440.03 |
| 06/29/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $3,440.03 | $0.00 |
| | | | TOTALS: | | $3,440.03 | $3,440.03 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $3,440.03 | |
| | | | Subtotal | | $3,440.03 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,440.03 | $0.00 | |

**For the period of 11/19/2009 to 3/14/2011**

| | |
|---|---|
| Total Compensable Receipts: | $3,440.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,440.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,440.03 |

**For the entire history of the account between 06/16/2010 to 3/14/2011**

| | |
|---|---|
| Total Compensable Receipts: | $3,440.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,440.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,440.03 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-43936-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PERRICONE, MARY AND PERRICONE, JEFFREY | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******9132 | Checking Acct #: | ******3936 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/19/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/17/2010 | | Transfer From: #******3936 | | 9999-000 | $3,035.49 | | $3,035.49 |
| 12/17/2010 | 2001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $68.34 | $2,967.15 |
| 12/17/2010 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $758.79 | $2,208.36 |
| 12/17/2010 | 2003 | Discover Bank | Claim #: 1; Amount Claimed: 755.17; Amount Allowed: 755.17;  Distribution Dividend: 6.10; | 7100-000 | | $46.04 | $2,162.32 |
| 12/17/2010 | 2004 | Discover Bank | Claim #: 2; Amount Claimed: 9,994.95; Amount Allowed: 9,994.95;  Distribution Dividend: 6.10; | 7100-000 | | $609.47 | $1,552.85 |
| 12/17/2010 | 2005 | Commonwealth Edison Company | Claim #: 3; Amount Claimed: 223.22; Amount Allowed: 223.22;  Distribution Dividend: 6.10; | 7100-000 | | $13.61 | $1,539.24 |
| 12/17/2010 | 2006 | American Express Centurion Bank | Claim #: 4; Amount Claimed: 4,888.08; Amount Allowed: 4,888.08;  Distribution Dividend: 6.10; | 7100-000 | | $298.06 | $1,241.18 |
| 12/17/2010 | 2007 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 2,031.64; Amount Allowed: 2,031.64;  Distribution Dividend: 6.10; | 7100-000 | | $123.88 | $1,117.30 |
| 12/17/2010 | 2008 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 1,574.78; Amount Allowed: 1,574.78;  Distribution Dividend: 6.10; | 7100-000 | | $96.03 | $1,021.27 |
| 12/17/2010 | 2009 | Chase Bank USA, N.A. | Claim #: 7; Amount Claimed: 1,677.43; Amount Allowed: 1,677.43;  Distribution Dividend: 6.10; | 7100-000 | | $102.29 | $918.98 |
| 12/17/2010 | 2010 | Chase Bank USA, N.A. | Claim #: 8; Amount Claimed: 905.53; Amount Allowed: 905.53;  Distribution Dividend: 6.10; | 7100-000 | | $55.22 | $863.76 |
| 12/17/2010 | 2011 | PYOD LLC its successors and assigns as assignee of | Claim #: 9; Amount Claimed: 6,437.52; Amount Allowed: 6,437.52;  Distribution Dividend: 6.10; | 7100-000 | | $392.55 | $471.21 |
| 12/17/2010 | 2012 | PYOD LLC its successors and assigns as assignee of | Claim #: 10; Amount Claimed: 3,113.59; Amount Allowed: 3,113.59;  Distribution Dividend: 6.10; | 7100-000 | | $189.86 | $281.35 |
| 12/17/2010 | 2013 | CitiFinancial Retail Services | Claim #: 11; Amount Claimed: 4,613.91; Amount Allowed: 4,613.91;  Distribution Dividend: 6.10; | 7100-000 | | $281.35 | $0.00 |

| | | | **SUBTOTALS** | | $3,035.49 | $3,035.49 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-43936-JBS | | | Trustee Name: | | David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | PERRICONE, MARY AND PERRICONE, JEFFREY | | | Bank Name: | | Sterling Bank |
| Primary Taxpayer ID #: | ******9132 | | | Checking Acct #: | | ******3936 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 11/19/2009 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 3/14/2011 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $3,035.49 | $3,035.49 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $3,035.49 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $3,035.49 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $3,035.49 | |

For the period of 11/19/2009 to 3/14/2011

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,035.49 |
| Total Compensable Disbursements: | $3,035.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,035.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 12/17/2010 to 3/14/2011

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,035.49 |
| Total Compensable Disbursements: | $3,035.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,035.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-43936-JBS | |
| **Case Name:** | PERRICONE, MARY AND PERRICONE, JEFFREY | |
| **Primary Taxpayer ID #:** | ******9132 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/19/2009 | |
| **For Period Ending:** | 3/14/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******3936 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $3,440.03 | | $3,440.03 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $3,440.04 |
| 07/15/2010 | 1001 | Mary & Jeffrey Perricone | Portion due to Debtor from Federal Tax Refund and State Tax Refund | 8100-002 | | $405.26 | $3,034.78 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.14 | | $3,034.92 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.13 | | $3,035.05 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.12 | | $3,035.17 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.13 | | $3,035.30 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.12 | | $3,035.42 |
| 12/17/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 12/17/2010 | 1270-000 | $0.07 | | $3,035.49 |
| 12/17/2010 | | Transfer To: #******3936 | | 9999-000 | | $3,035.49 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $3,440.75 | $3,440.75 | $0.00 |
| **Less: Bank transfers/CDs** | $3,440.03 | $3,035.49 | |
| **Subtotal** | $0.72 | $405.26 | |
| **Less: Payments to debtors** | $0.00 | $405.26 | |
| **Net** | $0.72 | $0.00 | |

| | | | |
|---|---|---|---|
| **For the period of 11/19/2009 to 3/14/2011** | | **For the entire history of the account between 06/25/2010 to 3/14/2011** | |
| Total Compensable Receipts: | $0.72 | Total Compensable Receipts: | $0.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.72 | Total Comp/Non Comp Receipts: | $0.72 |
| Total Internal/Transfer Receipts: | $3,440.03 | Total Internal/Transfer Receipts: | $3,440.03 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $405.26 | Total Non-Compensable Disbursements: | $405.26 |
| Total Comp/Non Comp Disbursements: | $405.26 | Total Comp/Non Comp Disbursements: | $405.26 |
| Total Internal/Transfer Disbursements: | $3,035.49 | Total Internal/Transfer Disbursements: | $3,035.49 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-43936-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PERRICONE, MARY AND PERRICONE, JEFFREY | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******9132 | Money Market Acct #: | ******3936 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 11/19/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,440.75 | $3,440.75 | $0.00 |

**For the period of 11/19/2009 to 3/14/2011**

| | |
|---|---|
| Total Compensable Receipts: | $3,440.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,440.75 |
| Total Internal/Transfer Receipts: | $6,475.52 |
| | |
| Total Compensable Disbursements: | $3,035.49 |
| Total Non-Compensable Disbursements: | $405.26 |
| Total Comp/Non Comp Disbursements: | $3,440.75 |
| Total Internal/Transfer Disbursements: | $6,475.52 |

**For the entire history of the case between 11/19/2009 to 3/14/2011**

| | |
|---|---|
| Total Compensable Receipts: | $3,440.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,440.75 |
| Total Internal/Transfer Receipts: | $6,475.52 |
| | |
| Total Compensable Disbursements: | $3,035.49 |
| Total Non-Compensable Disbursements: | $405.26 |
| Total Comp/Non Comp Disbursements: | $3,440.75 |
| Total Internal/Transfer Disbursements: | $6,475.52 |